1  KEKER & VAN NEST, LLP
   JEFFREY R. CHANIN - #103649
2  RAGESH K. TANGRI - #159477
   ASHOK RAMANI - #200020
3  710 Sansome Street
   San Francisco, CA 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5
   Attorneys for Plaintiff
6  CADENCE DESIGN SYSTEMS, INC.

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11 CADENCE DESIGN SYSTEMS, INC., a      Case No. C 03-4375 JW (RS)
   Delaware corporation,
12                                       **FURTHER STIPULATION REGARDING
                        Plaintiff,       CASE MANAGEMENT CONFERENCE
13                                       DATE AND RELATED DATES, AND
            v.                           [PROPOSED] ORDER**
14                                       AMENDED
   XIANGFENG "SEAN" CHEN, an individual;
15 CHUN XIA, an individual; and VASTA
   TECHNOLOGIES, a California corporation,
16
                        Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

---

FURTHER STIP. RE CMC DATE & REL. DATES, & [PROPOSED] ORDER
CASE NO. C 03-4375 JW (RS)

Plaintiff Cadence Design Systems, Inc., Defendants Xiangfeng "Sean" Chen, Chun Xia, and Vasta Technologies move the Court to continue the case-management conference presently scheduled for June 27, 2005, as well as the associated obligations to serve initial disclosures and file and serve a case-management conference statement, Rule 26(f) report, and Joint ADR Certification and Stipulation. The parties are negotiating settlement terms, and have prepared and will shortly exchange draft settlement documents. This modification would have no discernable effect on the case schedule. The prior time modifications in this case are: (1) the parties' stipulation, entered by the Court, to extend the Defendants' time to respond to the Complaint; (2) the parties' stipulation, entered by the Court, postponing the preliminary-injunction briefing schedule seventy days to accommodate discovery issues; (3) the parties' stipulation, entered by the Court, resetting the case-management-conference date; (4) the parties' stipulation, note entered by the Court, further postponing the preliminary-injunction briefing schedule in light of the parties' negotiation of the stipulation subsequently filed and entered by the Court; and (5) the parties' five further stipulations, entered by the Court, resetting the case-management-conference date.

The parties therefore stipulate and agree, as required by Local Rules 6-2, 7-11, and 16-2(e), that the Court should modify its Order Setting Initial Case Management Conference as follows:

1. The case-management-conference shall occur in Courtroom #8 at 10:00 A.M. on ~~August 26, 2005.~~ August 29, 2005.

2. The parties' last day to complete initial disclosures or state objections to such disclosures in their Rule 26(f) report, and to file and serve their case-management statement and Rule 26(f) report shall be August 12, 2005.

3. The parties' last day to file their Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference shall be August 12, 2005.

324425.07

FURTHER STIP. RE CMC DATE & REL. DATES, & [PROPOSED] ORDER
CASE NO. C 03-4375 JW (RS)

4. The parties' last day to meet and confer as to initial disclosures, early settlement, ADR process selection, and their discovery plan shall be August 5, 2005.

Dated: June 14, 2005                                KEKER & VAN NEST, LLP

                                                    By: /s/ Ashok Ramani
                                                        ASHOK RAMANI
                                                        Attorneys for Plaintiff
                                                        CADENCE DESIGN SYSTEMS, INC.

Dated:                                              MANCHESTER WILLIAMS & SEIBERT

                                                    By: [signature]
                                                        STEVEN ROWE MANCHESTER
                                                        Attorneys for Defendants
                                                        VASTA TECHNOLOGIES, INC. AND
                                                        CHUN XIA

Dated:                                              NOLAN, ARMSTRONG & BARTON, LLP

                                                    By: [signature]
                                                        THOMAS J. NOLAN
                                                        Attorneys for Defendant
                                                        XIANGFENG "SEAN" CHEN

PURSUANT TO STIPULATION, IT IS SO ORDERED.
Dated: June 23, 2005

                                                    By: /s/ James Ware
                                                        THE HON. JAMES WARE
                                                        UNITED STATES DISTRICT JUDGE

324425.07

FURTHER STIP. RE CMC DATE & REL. DATES, & [PROPOSED] ORDER
CASE NO. C 03-4375 JW (RS)