| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| 2 | JEFFREY R. CHANIN - #103649<br>RAGESH K. TANGRI - #159477 |
| 3 | ASHOK RAMANI - #200020<br>710 Sansome Street |
| 4 | San Francisco, CA  94111-1704<br>Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |
| 6 | Attorneys for Plaintiff<br>CADENCE DESIGN SYSTEMS, INC. |

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CADENCE DESIGN SYSTEMS, INC., a Delaware corporation, | ) | Case No. C 03-4375 JW (RS) |
| Plaintiff, | ) | **FURTHER STIPULATION REGARDING CASE MANAGEMENT CONFERENCE DATE AND RELATED DATES, AND [PROPOSED] ORDER** |
| v. | ) | |
| XIANGFENG "SEAN" CHEN, an individual; CHUN XIA, an individual; and VASTA TECHNOLOGIES, a California corporation, | ) | |
| Defendants. | ) | |

Plaintiff Cadence Design Systems, Inc., Defendants Xiangfeng "Sean" Chen, Chun Xia, and Vasta Technologies move the Court to continue the case-management conference presently scheduled for December 19, 2005, as well as the associated obligations to serve initial disclosures and file and serve a case-management conference statement, Rule 26(f) report, and Joint ADR Certification and Stipulation. The parties have exchanged draft settlement documents, and have agreed on many material settlement terms, but need additional time to come to final resolution. This modification would have no discernable effect on the case schedule. The prior time modifications in this case are: (1) the parties' stipulation, entered by the Court, to extend the Defendants' time to respond to the Complaint; (2) the parties' stipulation, entered by the Court, postponing the preliminary-injunction briefing schedule seventy days to accommodate discovery issues; (3) the parties' stipulation, entered by the Court, resetting the case-management-conference date; (4) the parties' stipulation, note entered by the Court, further postponing the preliminary-injunction briefing schedule in light of the parties' negotiation of the stipulation subsequently filed and entered by the Court; and (5) the parties' seven further stipulations, entered by the Court, resetting the case-management-conference date.

The parties therefore stipulate and agree, as required by Local Rules 6-2, 7-11, and 16-2(e), that the Court should modify its Order Setting Initial Case Management Conference as follows:

1. The case-management-conference shall occur in Courtroom #8 at 10:00 A.M. on January 30, 2006.

2. The parties' last day to complete initial disclosures or state objections to such disclosures in their Rule 26(f) report, and to file and serve their case-management statement and Rule 26(f) report shall be January 16, 2006.

3. The parties' last day to file their Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference shall be January 16, 2006.

4. The parties' last day to meet and confer as to initial disclosures, early settlement, ADR process selection, and their discovery plan shall be January 9, 2006.

Dated: December 5, 2005                                KEKER & VAN NEST, LLP


By: _____/s/ Ashok Ramani_____
ASHOK RAMANI
Attorneys for Plaintiff
CADENCE DESIGN SYSTEMS, INC.

Dated: December 5, 2005                                MANCHESTER WILLIAMS & SEIBERT


By: _____/s/ Steven Rowe Manchester_____
STEVEN ROWE MANCHESTER
Attorneys for Defendants
VASTA TECHNOLOGIES, INC. AND CHUN XIA

Dated: December 5, 2005                                NOLAN, ARMSTRONG & BARTON, LLP


By: _____/s/ Thomas J. Nolan_____
THOMAS J. NOLAN
Attorneys for Defendant
XIANGFENG "SEAN" CHEN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 13, 2005


By: _____[signature: James Ware]_____
THE HON. JAMES WARE
UNITED STATES DISTRICT JUDGE