KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
RAGESH K. TANGRI - #159477
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CADENCE DESIGN SYSTEMS, INC.

APPROVED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>XIANGFENG "SEAN" CHEN, an individual; CHUN XIA, an individual; and VASTA TECHNOLOGIES, a California corporation,<br><br>  Defendants. | Case No. C 03-4375 JW (RS)<br><br>**FURTHER STIPULATION REGARDING CASE MANAGEMENT CONFERENCE DATE AND RELATED DATES, AND ORDER** |

Plaintiff Cadence Design Systems, Inc., Defendants Xiangfeng "Sean" Chen, Chun Xia, and Vasta Technologies move the Court to continue the case-management conference presently scheduled for January 30, 2006, as well as the associated obligations to serve initial disclosures and file and serve a case-management-conference statement, Rule 26(f) report, and Joint ADR Certification and Stipulation. The parties have settled the case in principle, but need additional time to formalize the settlement documents. This modification would have no discernable effect on the case schedule. The prior time modifications in this case are: (1) the parties' stipulation, entered by the Court, to extend the Defendants' time to respond to the Complaint; (2) the parties' stipulation, entered by the Court, postponing the preliminary-injunction briefing schedule seventy days to accommodate discovery issues; (3) the parties' stipulation, entered by the Court, resetting the case-management-conference date; (4) the parties' stipulation, note entered by the Court, further postponing the preliminary-injunction briefing schedule in light of the parties' negotiation of the stipulation subsequently filed and entered by the Court; and (5) the parties' eight further stipulations, entered by the Court, resetting the case-management-conference date.

The parties therefore stipulate and agree, as required by Local Rules 6-2, 7-11, and 16-2(e), that the Court should modify its Order Setting Initial Case Management Conference as follows:

1. The case-management-conference shall occur in Courtroom #8 at 10:00 A.M. on March 27, 2006.

2. The parties' last day to complete initial disclosures or state objections to such disclosures in their Rule 26(f) report, and to file and serve their case-management statement and Rule 26(f) report shall be March 13, 2006.

3. The parties' last day to file their Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference shall be March 13, 2006.

4. The parties' last day to meet and confer as to initial disclosures, early settlement, ADR process selection, and their discovery plan shall be March 6, 2006.

Dated: January 17, 2006                              KEKER & VAN NEST, LLP


By: _____/s/ Ashok Ramani_____
ASHOK RAMANI
Attorneys for Plaintiff
CADENCE DESIGN SYSTEMS, INC.

Dated: January 17, 2006                              MANCHESTER WILLIAMS & SEIBERT


By: _____/s/ Steven Rowe Manchester_____
STEVEN ROWE MANCHESTER
Attorneys for Defendants
VASTA TECHNOLOGIES, INC. AND
CHUN XIA

Dated: January 17, 2006                              NOLAN, ARMSTRONG & BARTON, LLP


By: _____/s/ Thomas J. Nolan_____
THOMAS J. NOLAN
Attorneys for Defendant
XIANGFENG "SEAN" CHEN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 18, 2006

By: _____[signature: James Ware]_____
THE HON. JAMES WARE
UNITED STATES DISTRICT JUDGE