KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
RAGESH K. TANGRI - #159477
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CADENCE DESIGN SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., a Delaware corporation,<br><br>                             Plaintiff,<br><br>    v.<br><br>XIANGFENG "SEAN" CHEN, an individual; CHUN XIA, an individual; and VASTA TECHNOLOGIES, a California corporation,<br><br>                    Defendants. | Case No. C 03-4375 JW (RS)<br><br>**FURTHER STIPULATION REGARDING CASE MANAGEMENT CONFERENCE DATE AND RELATED DATES, AND [PROPOSED] ORDER** |

1    Plaintiff Cadence Design Systems, Inc., Defendants Xiangfeng "Sean" Chen, Chun Xia,

2  and Vasta Technologies move the Court to continue the case-management conference presently

3  scheduled for March 27, 2006, as well as the associated obligations to serve initial disclosures

4  and file and serve a case-management-conference statement, Rule 26(f) report, and Joint ADR

5  Certification and Stipulation. The parties had settled the case in principle, but a conflict has

6  arisen between Defendants' counsel and Defendants, necessitating Defendants arranging new

7  counsel. This modification would have no discernable effect on the case schedule. The prior

8  time modifications in this case are: (1) the parties' stipulation, entered by the Court, to extend the

9  Defendants' time to respond to the Complaint; (2) the parties' stipulation, entered by the Court,

10  postponing the preliminary-injunction briefing schedule seventy days to accommodate discovery

11  issues; (3) the parties' stipulation, entered by the Court, resetting the case-management-

12  conference date; (4) the parties' stipulation, note entered by the Court, further postponing the

13  preliminary-injunction briefing schedule in light of the parties' negotiation of the stipulation

14  subsequently filed and entered by the Court; and (5) the parties' nine further stipulations, entered

15  by the Court, resetting the case-management-conference date. The parties are hopeful that they

16  can nonetheless wrap this matter up once and for all once Defendants retain new counsel.

17         The parties therefore stipulate and agree, as required by Local Rules 6-2, 7-11, and 16-

18  2(e), that the Court should modify its Order Setting Initial Case Management Conference as

19  follows:

20      1.    The case-management-conference shall occur in Courtroom #8 at 10:00 A.M. on
             July 31, 2006.

21

22      2.    The parties' last day to complete initial disclosures or state objections to such
             disclosures in their Rule 26(f) report, and to file and serve their case-management
             statement and Rule 26(f) report shall be July 17, 2006.

23

24      3.    The parties' last day to file their Joint ADR Certification with Stipulation to ADR
             process or Notice of Need for ADR Phone Conference shall be July 17, 2006.

25

26

27

28

4. The parties' last day to meet and confer as to initial disclosures, early settlement, ADR process selection, and their discovery plan shall be July 10, 2006.

Dated: March 3, 2006          KEKER & VAN NEST, LLP


By: _____/s/ Ashok Ramani_____
ASHOK RAMANI
Attorneys for Plaintiff
CADENCE DESIGN SYSTEMS, INC.

Dated: March 3, 2006          MANCHESTER WILLIAMS & SEIBERT


By: _____
STEVEN ROWE MANCHESTER
Attorneys for Defendants
VASTA TECHNOLOGIES, INC. AND
CHUN XIA

Dated: March 3, 2006          NOLAN, ARMSTRONG & BARTON, LLP


By: _____
THOMAS J. NOLAN
Attorneys for Defendant
XIANGFENG "SEAN" CHEN

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: March 8, 2006


By: _____
THE HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

324425.12