1  KEKER & VAN NEST, LLP
   JEFFREY R. CHANIN - #103649
2  RAGESH K. TANGRI - #159477
   ASHOK RAMANI - #200020
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Plaintiff
6  CADENCE DESIGN SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>XIANGFENG "SEAN" CHEN, an individual; CHUN XIA, an individual; and VASTA TECHNOLOGIES, a California corporation,<br><br>Defendants. | Case No. C 03-4375 JW (RS)<br><br>**FURTHER STIPULATION REGARDING CASE MANAGEMENT CONFERENCE DATE AND RELATED DATES, AND [PROPOSED] ORDER** |

1      Plaintiff Cadence Design Systems, Inc., Defendants Xiangfeng "Sean" Chen, Chun Xia, and Vasta Technologies move the Court to continue the case-management conference presently scheduled for October 16, 2006, as well as the associated obligations to serve initial disclosures and file and serve a case-management-conference statement, Rule 26(f) report, and Joint ADR Certification and Stipulation. The parties have resolved to settle, and must finalize the last details. Thus, the parties request that the Court move the case-management conference to December 18, 2006. This modification would have no discernable effect on the case schedule. The prior time modifications in this case are: (1) the parties' stipulation, entered by the Court, to extend the Defendants' time to respond to the Complaint; (2) the parties' stipulation, entered by the Court, postponing the preliminary-injunction briefing schedule seventy days to accommodate discovery issues; (3) the parties' stipulation, entered by the Court, resetting the case-management-conference date; (4) the parties' stipulation, note entered by the Court, further postponing the preliminary-injunction briefing schedule in light of the parties' negotiation of the stipulation subsequently filed and entered by the Court; and (5) the parties' eleven further stipulations, entered by the Court, resetting the case-management-conference date.

      The parties therefore stipulate and agree, as required by Local Rules 6-2, 7-11, and 16-2(e), that the Court should modify its Order Setting Initial Case Management Conference as follows:

1. The case-management-conference shall occur in Courtroom #8 at 10:00 A.M. on December 18, 2006.

2. The parties' last day to complete initial disclosures or state objections to such disclosures in their Rule 26(f) report, and to file and serve their case-management statement and Rule 26(f) report shall be December 4, 2006.

3. The parties' last day to file their Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference shall be December 4, 2006.

4.  The parties' last day to meet and confer as to initial disclosures, early settlement, ADR process selection, and their discovery plan shall be November 27, 2006.

Dated: October 2, 2006  KEKER & VAN NEST, LLP

By: _____/s/ Ashok Ramani_____
ASHOK RAMANI
Attorneys for Plaintiff
CADENCE DESIGN SYSTEMS, INC.

Dated: October 2, 2006  MANCHESTER WILLIAMS & SEIBERT

By: _____/s/ Steven Rowe Manchester_____
STEVEN ROWE MANCHESTER
Attorneys for Defendants
VASTA TECHNOLOGIES, INC. AND
CHUN XIA

Dated: October 2, 2006  NOLAN, ARMSTRONG & BARTON, LLP

By: _____/s/ Thomas J. Nolan_____
THOMAS J. NOLAN
Attorneys for Defendant
XIANGFENG "SEAN" CHEN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/3/06

By: _____/s/ James Ware_____
THE HON. JAMES WARE
UNITED STATES DISTRICT JUDGE