1  KEKER & VAN NEST, LLP
   JEFFREY R. CHANIN - #103649
2  RAGESH K. TANGRI - #159477
   ASHOK RAMANI - #200020
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Plaintiff
6  CADENCE DESIGN SYSTEMS, INC.

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10
   CADENCE DESIGN SYSTEMS, INC., a          Case No. C 03-4375 JW (RS)
11 Delaware corporation,
                                            **FURTHER STIPULATION REGARDING**
12                          Plaintiff,       **CASE MANAGEMENT CONFERENCE**
                                            **DATE AND RELATED DATES, AND**
13          v.                              **[PROPOSED] ORDER**

14 XIANGFENG "SEAN" CHEN, an individual;
   CHUN XIA, an individual; and VASTA
15 TECHNOLOGIES, a California corporation,

16                          Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1     Plaintiff Cadence Design Systems, Inc., Defendants Xiangfeng "Sean" Chen, Chun Xia,

2  and Vasta Technologies move the Court to continue the case-management conference presently

3  scheduled for February 26, 2007, as well as the associated obligations to serve initial disclosures

4  and file and serve a case-management-conference statement, Rule 26(f) report, and Joint ADR

5  Certification and Stipulation.  The parties are negotiating the final terms of settlement, and need

6  additional time to finish.  Thus, the parties request that the Court move the case-management

7  conference to April 30, 2007.  This modification would have no discernable effect on the case

8  schedule.  The prior time modifications in this case are: (1) the parties' stipulation, entered by the

9  Court, to extend the Defendants' time to respond to the Complaint; (2) the parties' stipulation,

10  entered by the Court, postponing the preliminary-injunction briefing schedule seventy days to

11  accommodate discovery issues; (3) the parties' stipulation, entered by the Court, resetting the

12  case-management-conference date; (4) the parties' stipulation, not entered by the Court, further

13  postponing the preliminary-injunction briefing schedule in light of the parties' negotiation of the

14  stipulation subsequently filed and entered by the Court; and (5) the parties' thirteen further

15  stipulations, entered by the Court, resetting the case-management-conference date.

16     The parties therefore stipulate and agree, as required by Local Rules 6-2, 7-11, and 16-

17  2(e), that the Court should modify its Order Setting Initial Case Management Conference as

18  follows:

19     1.    The case-management-conference shall occur in Courtroom #8 at 10:00 A.M. on
              April 30, 2007.
20
21     2.    The parties' last day to complete initial disclosures or state objections to such
              disclosures in their Rule 26(f) report, and to file and serve their case-management
              statement and Rule 26(f) report shall be April 16, 2007.
22
23     3.    The parties' last day to file their Joint ADR Certification with Stipulation to ADR
              process or Notice of Need for ADR Phone Conference shall be April 16, 2007.

24

25

26

27

28

1

389433.01

FURTHER STIPULATION RE CMC DATE & RELATED DATES, & ~~PROPOSED~~ ORDER
CASE NO. C 03-4375 JW (RS)

1      4.      The parties' last day to meet and confer as to initial disclosures, early settlement,
2              ADR process selection, and their discovery plan shall be April 9, 2007.

3    Dated: February 5, 2007                           KEKER & VAN NEST, LLP
4

5

6                                                      By: _____/s/ Ashok Ramani_____
                                                           ASHOK RAMANI
7                                                          Attorneys for Plaintiff
                                                           CADENCE DESIGN SYSTEMS, INC.
8
     Dated: February 5, 2007                           MANCHESTER WILLIAMS & SEIBERT
9

10

11                                                     By: _____/s/ Steven Rowe Manchester_____
                                                           STEVEN ROWE MANCHESTER
12                                                         Attorneys for Defendants
                                                           VASTA TECHNOLOGIES, INC. AND
13                                                         CHUN XIA

14   Dated: February 5, 2007                           NOLAN, ARMSTRONG & BARTON,
                                                       LLP
15

16

17                                                     By: _____/s/ Thomas J. Nolan_____
                                                           THOMAS J. NOLAN
18                                                         Attorneys for Defendant
                                                           XIANGFENG "SEAN" CHEN
19

20        PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22   Dated: _____2/6/2007_____

23                                                     _____
                                                       THE HON. JAMES WARE
24                                                     UNITED STATES DISTRICT JUDGE

25

26

27

28

                                                   2
389433.01    FURTHER STIPULATION RE CMC DATE & RELATED DATES, & [PROPOSED] ORDER
                              CASE NO. C 03-4375 JW (RS)