1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Cadence Design Systems, Inc.,

          Plaintiff,

   v.

Xiangfeng "Sean" Chen, et al.,

          Defendants.

_____/

NO. C 03-04375 JW

**ORDER TO SHOW CAUSE
RE: SETTLEMENT**

On April 20, 2007, the parties filed a Further Stipulation Regarding Case Management Conference Dates. (See Docket Item No. 92.) The Stipulation states that the request is made because the "parities are negotiating the final terms of the settlement, and need additional time to finish." This is the parties' ninth Stipulation in this regard. The first Stipulation where the parties informed the Court that they were negotiating settlement terms, and had prepared and would shortly exchange draft settlement documents was filed on *June 15, 2005.* (See Docket Item No. 52.) It has been nearly two years and the parties have not yet finalized their settlement. This case is now four years old.

In light of the Court's need to control its docket and the settlement that was reached two years ago, the Court vacates all trial and pretrial dates. On or before **May 24, 2007**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **June 4, 2007 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P.

41(b).  On or before **May 24, 2007**, the parties shall file a joint statement in response to the Order to Show Cause.  The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  April 24, 2007

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Annette L. Hurst annette.hurst@hellerehrman.com
Ashok Ramani axr@kvn.com
Jeffrey R. Chanin jrc@kvn.com
Jenna Marie Whitman jwhitman@lchb.com
Keith Kessler kkessler@howardrice.com
Ragesh K. Tangri rkt@kvn.com
Steven R. Manchester srman@gatespeed.com
Thomas J. Nolan ealdi@nablaw.com

Dated:  April 24, 2007                     Richard W. Wieking, Clerk


By:        /s/ JW Chambers
             Elizabeth Garcia
             Courtroom Deputy

United States District Court
For the Northern District of California