| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | KEKER & VAN NEST, LLP<br>JEFFREY R. CHANIN - #103649<br>RAGESH K. TANGRI - #159477<br>ASHOK RAMANI - #200020<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>Attorneys for Plaintiff<br>CADENCE DESIGN SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., a<br>Delaware corporation,<br><br>                    Plaintiff,<br><br>   v.<br><br>XIANGFENG "SEAN" CHEN, an individual;<br>CHUN XIA, an individual; and VASTA<br>TECHNOLOGIES, a California corporation,<br><br>                    Defendants. | Case No. C 03-4375 JW (RS)<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**DISMISSAL ORDER** |

1  On May 24, 2007, Cadence Design Systems, Inc., Xiangfeng "Sean" Chen, Chun Xia, and Vasta Technologies, the parties to the above-captioned matter ("Parties"), entered into a settlement agreement ("Agreement"). The Agreement requires the Parties to dismiss with prejudice all claims and counterclaims in the above-captioned matter. Federal Rule of Civil Procedure 41 provides that the parties may dismiss their claims with prejudice via stipulation. That agreement further requires that the Parties request that this Court retain jurisdiction over the above-captioned matter, to adjudicate any matters arising out of or relating to the Agreement or the contemporaneously filed Stipulated Permanent Injunction.

NOW THEREFORE the Parties, under Federal Rule of Civil Procedure 41, hereby dismiss with prejudice all claims and counterclaims in the above-captioned action. Each Party is to bear its own costs.

The Parties FURTHER STIPULATE to this Court's retaining jurisdiction over the above-captioned matter, to adjudicate any matters arising out of or relating to the Agreement or the contemporaneously filed Stipulated Permanent Injunction.

Dated: May 24, 2007                                KEKER & VAN NEST, LLP


By: _____/s/ Ashok Ramani_____
    ASHOK RAMANI
    Attorneys for Plaintiff
    CADENCE DESIGN SYSTEMS, INC.

Dated:                                             MANCHESTER WILLIAMS & SEIBERT


By: _____
    STEVEN ROWE MANCHESTER
    Attorneys for Defendants
    VASTA TECHNOLOGIES, INC.,
    XIANGFENG "SEAN" CHEN, AND
    CHUN XIA

1   On May 24, 2007, Cadence Design Systems, Inc., Xiangfeng "Sean" Chen, Chun Xia,
2   and Vasta Technologies, the parties to the above-captioned matter ("Parties"), entered into a
3   settlement agreement ("Agreement"). The Agreement requires the Parties to dismiss with
4   prejudice all claims and counterclaims in the above-captioned matter. Federal Rule of Civil
5   Procedure 41 provides that the parties may dismiss their claims with prejudice via stipulation.
6   That agreement further requires that the Parties request that this Court retain jurisdiction over the
7   above-captioned matter, to adjudicate any matters arising out of or relating to the Agreement or
8   the contemporaneously filed Stipulated Permanent Injunction.
9   NOW THEREFORE the Parties, under Federal Rule of Civil Procedure 41, hereby
10  dismiss with prejudice all claims and counterclaims in the above-captioned action. Each Party is
11  to bear its own costs.
12  The Parties FURTHER STIPULATE to this Court's retaining jurisdiction over the above-
13  captioned matter, to adjudicate any matters arising out of or relating to the Agreement or the
14  contemporaneously filed Stipulated Permanent Injunction.

Dated:                                          KEKER & VAN NEST, LLP


By: _____
    ASHOK RAMANI
    Attorneys for Plaintiff
    CADENCE DESIGN SYSTEMS, INC.

Dated:                                          MANCHESTER WILLIAMS & SEIBERT


By: _____
    STEVEN ROWE MANCHESTER
    Attorneys for Defendants
    VASTA TECHNOLOGIES, INC.,
    XIANGFENG "SEAN" CHEN, AND
    CHUN XIA

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 2 | Dated: May 25 2007 |
| 4 | By: /s/ James Ware |
| 5 | THE HON. JAMES WARE<br>UNITED STATES DISTRICT JUDGE |