```
KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
RAGESH K. TANGRI - #159477
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CADENCE DESIGN SYSTEMS, INC.
```

*IT IS SO ORDERED*
*[signature] Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>XIANGFENG "SEAN" CHEN, an individual; CHUN XIA, an individual; and VASTA TECHNOLOGIES, a California corporation,<br><br>　　　　　　　　Defendants. | Case No. C 03-4375 JW (RS)<br><br>**STIPULATED PERMANENT INJUNCTION AND [~~PROPOSED~~] ORDER** |

Plaintiff Cadence Design Systems, Inc. ("Cadence" or "Plaintiff") and Defendants Xiangfeng "Sean" Chen, Chun Xia, and Vasta Technologies (Chen, Xia, and Vasta are collectively "Defendants"), through their counsel of record, stipulate to entry of the permanent injunction described below. In so stipulating, (a) Defendants Chen and Xia do not admit that they have misappropriated Cadence's trade secrets, infringed Cadence's copyrights, or committed any other unlawful act; (b) Defendants declare that they have not disseminated, disclosed, or otherwise provided any prototype, beta version, source code, object code, or screen shot of any software program relating to electronic design automation ("EDA"), including without limitation Vasta, Scope, and Vastascope, to anybody other than Jackie Yang or Shaojie Xu since July 30, 2003; and (c) Defendants agree that no bond is necessary or required, and if it were, they waive any such requirement and any related rights and privileges. Cadence and Defendants further request that this Court retain jurisdiction over this lawsuit, in part to enforce and adjudicate any matters relating to or arising out of this stipulated permanent injunction and the contemporaneous confidential settlement agreement entered by Cadence and Defendants.

Defendants and their officers, agents, servants, employees, assigns, parents, subsidiaries, affiliates, and all other persons acting or claiming to act in active concert or participation with them, on their behalf, or under their direction or authority, and who have constructive, actual, or inquiry notice of this permanent injunction, are permanently enjoined from engaging in any of the following acts, or are ordered to perform the following acts, as appropriate:

1. From copying, disclosing, using in any way, or incorporating in any source or object code for any computer software:

    (a) the dbString.cpp or dbPrimes.cpp source code files, or any other source code based on or derived from dbString.cpp or dbPrimes.cpp;

    (b) any other source code identical to or based on or derived from Cadence's or Cadence's Catena business unit's ("Catena") source code; and/or

    (c) any computer icons or other images custom-designed for Cadence or Catena products.

2. From copying, disclosing, using in any way, or incorporating in any design or

market requirements documentation, business plan, or other document related to Vasta or any other EDA-related business venture, any portion of any confidential pending patent applications filed by Cadence.

3. From using or incorporating in any way, in any purported invention (including without limitation any source code, object code, or other component of any software design), any portion of the inventions disclosed in the patent applications described in the previous paragraph, including any information contained in or derived from any of said applications.

4. From copying, disclosing, or in any way using any test case files obtained from Cadence or Catena, or any data derived from any such files.

5. From directly or vicariously infringing or contributing to the infringement of any of Plaintiff's copyrights in any source code or other subject matter related to EDA.

6. From copying, disclosing, or using in any way any trade secrets belonging to and misappropriated from Cadence.

7. From disseminating, disclosing, or otherwise providing any prototype, beta version, source code, object code, or screen shot of any software program relating to EDA, including without limitation Vasta, Scope, and Vastascope.

Dated: May 24, 2007                                    KEKER & VAN NEST, LLP


By: _____/s/ Ashok Ramani_____
ASHOK RAMANI
Attorneys for Plaintiff
CADENCE DESIGN SYSTEMS, INC.

Dated:                                                  MANCHESTER WILLIAMS & SEIBERT


By: _____
STEVEN ROWE MANCHESTER
Attorneys for Defendants
VASTA TECHNOLOGIES, INC.,
XIANGFENG "SEAN" CHEN, AND
CHUN XIA

market requirements documentation, business plan, or other document related to Vasta or any other EDA-related business venture, any portion of any confidential pending patent applications filed by Cadence.

    3. From using or incorporating in any way, in any purported invention (including without limitation any source code, object code, or other component of any software design), any portion of the inventions disclosed in the patent applications described in the previous paragraph, including any information contained in or derived from any of said applications.

    4. From copying, disclosing, or in any way using any test case files obtained from Cadence or Catena, or any data derived from any such files.

    5. From directly or vicariously infringing or contributing to the infringement of any of Plaintiff's copyrights in any source code or other subject matter related to EDA.

    6. From copying, disclosing, or using in any way any trade secrets belonging to and misappropriated from Cadence.

    7. From disseminating, disclosing, or otherwise providing any prototype, beta version, source code, object code, or screen shot of any software program relating to EDA, including without limitation Vasta, Scope, and Vastascope.

Dated:                                KEKER & VAN NEST, LLP

By: _____
ASHOK RAMANI
Attorneys for Plaintiff
CADENCE DESIGN SYSTEMS, INC.

Dated: 5/24/07               MANCHESTER WILLIAMS & SEIBERT

By: *[signature]*
STEVEN ROWE MANCHESTER
Attorneys for Defendants
VASTA TECHNOLOGIES, INC.,
XIANGFENG "SEAN" CHEN, AND
CHUN XIA

Pursuant to the Stipulation regarding the Permanent Injunction,
IT IS SO ORDERED.

Dated: May 29, 2007

By: _____
THE HON. JAMES WARE
UNITED STATES DISTRICT JUDGE